UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>JORGE ALBERTO DELGADO,<br><br>                                    Defendant. | Case No.:  22CR0182-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8).  Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **May 6, 2022**; the hearing is **CONTINUED** to **Friday, May 27, 2022** at **9:00 a.m.**

IT IS SO ORDERED.

Dated:  May 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge